VIRGINIA:

OCT - 7 2014

BEFORE THE CIRCUIT COURT OF THE COUNTY OF FAIRFAX

IN THE MATTERS OF

MICHAEL ARTHUR PERRY

Case No. CL2013-17951
VSB DOCKET NOS.
11-053-085637
11-053-087095
11-053-088168
12-053-091441
13-053-083155

## AGREED DISPOSITION SUMMARY ORDER

On September 23, 2014, this matter was heard by the Circuit Court for the County of Fairfax upon the joint request of the parties for the Court to accept the Agreed Disposition signed by the parties and offered to this Court as provided by the Rules of the Supreme Court of Virginia.

**WHEREFORE**, upon consideration of the testimony, documentary evidence, and arguments of counsel,

It is **ORDERED** that the Circuit Court accepts the Agreed Disposition and the Respondent shall receive a one (1) year Suspension, as set forth in the Agreed Disposition, and the Court shall issue a Memorandum Order in this matter.

It is further **ORDERED** that with respect to the disciplinary rule violations set out in the Notice, the Court finds that the following disciplinary rule violations have been proved by clear and convincing evidence:

Rule 1.15(a) (1) and (b) (5) Safekeeping Property, and

The Court dismisses all other disciplinary rule violations charged against the Respondent in the Notice.

The sanction is effective September 24, 2014.

The Court notes that the Respondent was present in person and was advised of the imposition of the sanction.

The Clerk of the Disciplinary System shall comply with all requirements of Part Six, § IV, ¶ 13 of the Rules of the Supreme Court, as amended, including: assessing costs pursuant to ¶ 13-9 E. of the Rules and complying with the Public Notice requirements of ¶ 13-9 G.

A copy teste of this Order shall be mailed to the Respondent, at his last address of record with the Virginia State Bar, The GPK Law Firm, 302 Crain Hwy S, Suite 103, Glen Burnie, MD 21061, Respondent's Counsel, Michael L. Rigsby, Michael L. Rigsby, P.C., P.O. Box 29328, Henrico, VA 23242, and to Prescott L. Prince, Assistant Bar Counsel, Virginia State Bar, 1111 East Main Street, Suite 700, Richmond, VA 23219-3565, and to Barbara Sayers Lanier, Clerk of the Disciplinary System, Virginia State Bar, 1111 East Main Street, Suite 700, Richmond, VA 23219-3565.

ENTERED THIS _____ DAY OF SEPTEMBER, 2014

CIRCUIT COURT FOR THE COUNTY OF FAIRFAX

_____
Richard D. Taylor, Jr.
Chief Judge